IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

| | |
|---|---|
| AMERICAN BONDING COMPANY, INC., ) <br> A West Virginia Corporation, ) <br> 808 Main Street ) <br> Bridgeport, Ohio 43912 ) <br> Plaintiff, et al. ) <br>   ) <br> vs. ) <br>   ) <br> ERIC A MITCHELL, SR., ) <br> 43 Dunrobbin Drive ) <br> Martinsburg, WV 25401 ) <br> Defendant, et al. ) | Case Number: 3:05CV89 <br><br> Judge John P. Bailey |

**FILED NOV - 2 2007 U.S. DISTRICT COURT WHEELING, WV 26003**

## ORDER

AND NOW, on this 2nd day of November, 2007, it is hereby ORDERED that the Writ of Execution in the above matter be REISSUED, with the date of return marked as January 5, 2008.

By the Court:

[signature] J.