U.S. DISTRICT COURT
FILED AT WHEELING, WV

DEC 1 3 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

| | |
|---|---|
| AMERICAN BONDING COMPANY, INC., ) <br> A West Virginia Corporation, ) <br> 808 Main Street ) <br> Bridgeport, Ohio 43912 ) <br> Plaintiff, et al. ) <br> ) <br> vs. ) <br> ) <br> ERIC A MITCHELL, SR., ) <br> 43 Dunrobbin Drive ) <br> Martinsburg, WV 25401 ) <br> Defendant, et al. ) | Case Number: 3:05CV89 <br><br> Judge John P. Bailey |

## ORDER OF COURT

AND NOW, to-wit, this ___13th___ day of ___December___, 200_7_, it is herby ORDERED that Carlyle J. Engel, Esquire and Michael C. Alberty, Esquire, counsel for the Plaintiffs, are appointed as substitute custodians for those items and assets seized pursuant to the Writs of Execution.

BY THE COURT:

_____, J.