IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

FILED
JAN - 3 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

| | |
|---|---|
| AMERICAN BONDING COMPANY, INC., ) <br> A West Virginia Corporation, ) <br> 808 Main Street ) <br> Bridgeport, Ohio 43912 ) <br> Plaintiff, et al. ) <br> ) <br> vs. ) <br> ) <br> ERIC A MITCHELL, SR., ) <br> 43 Dunrobbin Drive ) <br> Martinsburg, WV 25401 ) <br> Defendant, et al. ) | Case Number: 3:05CV89 <br><br> Judge John P. Bailey |

## ORDER OF COURT

AND NOW, to-wit, this ___3rd___ day of ___January___, 2008, pursuant to the Second Motion for Reissuance of Writ of Execution, it is hereby ORDERED that the Clerk of Courts shall reissue the Writ of Execution in the above captioned matter, with a date returnable of March 4, 2008, and mail the reissued Writ of Execution to Plaintiff's counsel.

BY THE COURT:

_____, J.